IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO.  19-MJ-7141-MAB |
| | ) | |
| TORRANCE D. GRANT, | ) | Title 18 United States Code |
| | ) | Sections 922(g)(1) |
| Defendant. | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, Matt Inlow, Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1
### Felon in Possession of a Firearm

On or about November 27, 2019, in St. Clair County, within the Southern District of Illinois,

### TORRANCE D. GRANT,

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Unlawful Delivery of a Controlled Substance, on or about June 18, 2019, in Case No. 18-CF-1412, in the Twentieth Judicial Circuit, St. Clair County, Illinois, did knowingly possess a firearm, to wit: a Walther, Model PK380, .380 Auto Semi-Automatic Pistol, with serial number PK082994, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### AFFIDAVIT

Your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) currently assigned to the Fairview Heights, Illinois Field Office and has been so employed since September 2001.  Your affiant was previous employed as a United States Secret

Service Uniformed Division Police Officer from November of 2000 through September of 2001. Your affiant is responsible for investigating violations of federal firearms laws, including Title 18 U.S.C. Section 922(g)(1), making it unlawful for any person who has been convicted of a crime punishable by more than one year in prison to possess a firearm, which affects or is transported in interstate commerce.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein.  In support of this Complaint, your Affiant states as follows:

1. On November 27, 2019, I was working along with the United States Marshals to execute arrest and probation warrants. Specifically, I was working to execute a felony probation violation warrant for Torrance D. GRANT.

2. GRANT's residence was identified as 148 Amelia Drive, in the Southern District of Illinois.

3. Agents made contact with GRANT inside the residence and GRANT was taken into custody. GRANT provided consent to search his residence.

4. Agents located a firearm inside a bedroom closet in the residence. Next to the firearm was suspected marijuana inside a document with GRANT's name and address. I recovered the firearm and identified it as: a Walther, Model PK380, .380 Auto Semi-Automatic Pistol, with serial number PK082994. The firearm was loaded with a fully loaded magazine and an empty chamber, with a second fully loaded magazine laying right next to the firearm.

5. GRANT was interviewed and provided a recorded statement acknowledging he was aware of the firearm in his residence. GRANT stated he handled the firearm by moving the firearm from the couch to under a mattress in the bedroom where the firearm was located. GRANT further acknowledged that he was previously convicted of a felony and currently on probation for Unlawful Delivery of a Controlled Substance in Saint Clair County,

Illinois. GRANT further admitted he was prohibited from possessing firearms because of his conviction.

6.  GRANT was convicted of a felony punishable by imprisonment for a term exceeding one year, being Unlawful Delivery of a Controlled Substance in case 18-CF-1412 on June 18, 2019, in the 20th Judicial Circuit Court, St. Clair County, Illinois.

7.  The firearm was photographed and collected as evidence. The firearm, a Walther, Model PK380, .380 Auto Semi-Automatic Pistol, with serial number PK082994, was not manufactured in the state of Illinois, and therefore travelled in or affected interstate commerce prior to GRANT's possession of the firearm.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Matt Inlow
Special Agent, Bureau of Alcohol, Tobacco,
Firearms and Explosives

State of Illinois          )
                           )   SS.
County of St. Clair        )

    Sworn to before me and subscribed in my presence on the 27th day of November 2019, in East Saint Louis, Illinois, within the Southern District of Illinois.

_____  Digitally signed by Judge Beatty
                                  Date: 2019.11.27 13:32:06 -06'00'
Mark A. Beatty
United States Magistrate Judge

STEPHEN D. WEINHOEFT
United States Attorney

_____
Alexandria M. Burns
Assistant United States Attorney

3